## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | |
|---|---|
| **JOSEPH HUDSON,** | |
| **Plaintiff,** | **Civil Action No. 4:17-cv-00071-JHM** |
| **v.** | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **AGREED ORDER DISMISSING as SETTLED** |
| **Defendant.** | |

By agreement of the parties and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** the above-styled action and all claims contained therein should be dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 1, 2017

Agreed to and tendered by:


s/ Andrew M. Grabhorn
Michael D. Grabhorn
*m.grabhorn@grabhornlaw.com*
Andrew M. Grabhorn
*a.grabhorn@grabhornlaw.com*
Grabhorn Law Office, PLLC
2525 Nelson Miller Parkway, Suite 107
Louisville, KY  40223
p: (502) 244-9331
f: (502) 244-9334

*Counsel for Plaintiff*


s/ Susan C. Lonowski (by permission)
Susan C. Lonowski
*slonowski@fbtlaw.com*
Kyle D. Johnson
*kjohnson@fbtlaw.com*
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
p: (502) 589-5400
f: (502) 581-1087

*Counsel for Defendant*



Copies to:  Counsel of record
            Kelly Lovell